UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NADIR BRISENO,<br><br>          Defendant | Criminal No. 24cr10261<br><br>Violation:<br><br>Count One: Attempt to Possess with Intent to Distribute Methamphetamine<br>(21 U.S.C. § 846)<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INFORMATION

### COUNT ONE
Attempt to Possess with Intent to Distribute Methamphetamine
(21 U.S.C. § 846)

The United States Attorney charges:

On or about February 1, 2023, in Lawrence, in the District of Massachusetts, and elsewhere, the defendant,

NADIR BRISENO,

did attempt to knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

1

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The United States Attorney further alleges:

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One, the defendant,

## NADIR BRISENO

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

                                Respectfully submitted,

                                JOSHUA S. LEVY
                                Acting United States Attorney

By:   /s/ Brendan D. O'Shea
        Brendan D. O'Shea
        Assistant United States Attorney

Dated: August 29, 2024