JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

FILED IN CLERKS OFFICE
AUG 29 '24 PM 1:28 USDC MA

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** HSI

**City** Lawrence

**County** Essex

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number: 22-mj-4149/50, 4163/64/65/66, 4222, 4245/46/47, 4253/54, 4367, 4372/73/74, 4387; 23-mj-4123, 23-mj-4119/20
- R 20/R 40 from District of

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   [ ] Yes  [✓] No

**Defendant Name:** Nadir Briseno    **Juvenile:** [ ] Yes [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No

**Alias Name:**

**Address:** Lawrence, Massachusetts

**Birth date (Yr only):** 1989   **SSN (last 4#):** 8947   **Sex:** M   **Race:** H   **Nationality:** U.S.

**Defense Counsel if known:** John R. Valerio, Douglas Ryan    **Address:** 10 Main Street, Suite L2

**Bar Number:** 555634 and 682720    Andover, MA 01810

**U.S. Attorney Information**

**AUSA:** Brendan D. O'Shea    **Bar Number if applicable:** 661677

**Interpreter:** [ ] Yes [✓] No    List language and/or dialect: _____

**Victims:** [ ] Yes [✓] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [ ] No

**Matter to be SEALED:** [ ] Yes [✓] No

[ ] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:** _____

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____
[ ] Already in State Custody at _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** [ ] Complaint [✓] Information [ ] Indictment

**Total # of Counts:** [ ] Petty ___ [ ] Misdemeanor ___ [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/29/2024    **Signature of AUSA:** *Brendan O'Shea*

JS 45 (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Nadir Briseno

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Attempt to Possess a Controlled Substance With Intent to Distribute | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**